## MILLIKIN v. LANTZ ET AL.

[No. 24,773.   Filed June 2, 1925.   Rehearing denied October 30, 1925.]

APPEAL.—*Appeal will be dismissed where attorneys for appel-
lees are named as appellees instead of the appellees them-
selves.*—An appeal will be dismissed where the attorneys for
the appellees are named as appellees in the assignment of
errors instead of the appellees themselves.

From Porter Circuit Court; *George E. Hershman,*
Special Judge.

Drainage proceeding, in which Frank M. Millikin filed
a supplemental petition, which was dismissed on the
separate motions of Amos B. Lantz and the original
petitioners. From the order dismissing the supple-
mental petition, appellant appealed. *Appeal dismissed.*

*D. F. Brooks* and *Kelly & Loomis,* for appellant.
*Grant Crumpacker* and *Frank B. Parks,* for appellees.

PER CURIAM.—This is an appeal in a drainage pro-
ceeding. In the lower court, the appellant filed a sup-
plemental petition, which, on the separate motion of the
appellee Amos B. Lantz, and the separate motion of the
original petitioners for the drain, was dismissed. On
appeal, appellant named as appellees in the assignment
of errors, "Grant Crumpacker, ——— Crumpacker,
whose names appear in the Record as Crumpacker
Brothers for and on behalf of the Original Petitioners."
Said original petitioners are not named as appellees.
They should have been so named instead of their at-
torneys. Rule 6, Rules of the Supreme and Appellate
Courts of Indiana; Ewbank, Manual of Practice §149;
*Abshire* v. *Williamson* (1898), 149 Ind. 248, 252, 48
N. E. 1027; *Prough* v. *Prough* (1910), 174 Ind. 57, 91
N. E. 337.

Appellees have filed a motion to dismiss the appeal.

Same is sustained because the proper parties, the original petitioners, are not named as appellees. It is not necessary to notice other causes for dismissal set out in said motion.